Honorable Armand ANGELUCCI, Judge, Fayette Circuit Court, Third Division, Appellant,

v.

SOUTHERN BLUEGRASS MENTAL HEALTH & MENTAL RETARDATION BOARD, INC. et al., Appellees.

Supreme Court of Kentucky.

Nov. 25, 1980.

Steven L. Beshear, Atty. Gen., James L. Dickinson, Asst. Atty. Gen., Frankfort, for appellant.

John S. Sawyer and Paul R. Collins, Greenebaum, Doll & McDonald, Lexington, for Mental Health.

Charles R. Coy and Harry Moberly, Jr., Coy, Coy & Moberly, Richmond, for Hume.

OPINION AND ORDER

We have examined the complete files and records of this cause and are of the opinion that the opinion and order of the Court of Appeals, 609 S.W.2d 931, granting prohibition should be and is hereby AFFIRMED.

All concur except AKER, J., who did not sit.

Entered November 25, 1980.

(s) John S. Palmore
Chief Justice